### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE  NO.  9:24-cv-80992-AMC

MIKE OHLMAN, individually and on
behalf of all others similarly situated,

Plaintiff,

V.

GUNSTER, YOAKLEY & STEWART,
PA

        Defendant.

_____/

### DEFENDANT'S NOTICE OF STRIKING

Pursuant to the Clerk's Notice reflected in Docket Entry 5, Defendant files this NOTICE

OF STRIKING Docket Entry 4. Immediately following the filing of this Notice of Striking,

Defendant will file a Notice of Filing identifying the above case caption and number and attaching

what was originally filed as Docket Entry 4 as an exhibit.

Respectfully submitted, this 16th day of August, 2024.

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000

By: */s/ Kristine McAlister Brown*
Kristine McAlister Brown
Florida Bar No. 433640
kristy.brown@alston.com

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600

By: */s/ Jacqueline Arango*
Jacqueline M. Arango
Florida Bar No. 664162
jacqueline.arango@akerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2024, a true and correct copy of the foregoing has

been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice

of electronic filing to all counsel of record.

Respectfully Submitted,

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000

By: */s/ Kristine McAlister Brown*
Kristine McAlister Brown
Florida Bar No. 433640
kristy.brown@alston.com

2