UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80992-CIV-CANNON

**MIKE OHLMAN,** and
**DARLA SOLOMON**, individually and
on behalf of all other similarly situated,

    Plaintiffs,

v.

**GUNSTER, YOAKLEY, & STEWART, PA**,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal without Prejudice, filed on January 24, 2025 [ECF No. 35]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against Defendant, effective January 24, 2025, the date on which Plaintiffs filed the Notice of Voluntary Dismissal [ECF No. 35].

The Clerk of Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of January 2025.

                                                  **AILEEN M. CANNON**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record